## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                                  : ss.:
COUNTY OF NEW YORK )

BELINDA ROBINSON, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Brooklyn, New York; that on the 11th day of July 2008, deponent served the within **NOTICE OF REMOVAL, RULE 7.1 DISCLOSURE STATEMENT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, AND INDIVIDUAL PRACTICES OF HONORABLE NAOMI REICE BUCHWALD AND MAGISTRAGE JUDGE EATON** upon the following attorneys for the parties shown below at the addresses, shown below, being the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO:   Richard J. Katz, Esq.
      Attorneys for Plaintiff
      80 Broad Street, 33rd Floor
      New York, New York 10004

      Marin Goodman, LLP
      Attorneys for Defendants
      Doall Company and Continental Hydraulics
      40 Wall Street, 57th Floor
      New York, NY 10005

      Custom Muffler Specialist, Inc.
      461 Amherst Street
      Nashum, New Hampshire 03063

                                                              _____
                                                                      BELINDA ROBINSON

Sworn to before me this
11th day of July, 2008

_____
Notary Public

KATE SPINELLI
Notary Public, State of New York
No. 01SP6096525
Qualified in New York County
Commission Expires July 28, 2011

-1-