UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR SANCHEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 08 CIV 6292(NRB) |
| CUSTOM MUFFLER SPECIALISTS, INC., DOALL COMPANY, CONTINENTAL HYDRAULICS, BALDOR ELECTRIC COMPANY, and JOHN DOE CORPORATIONS 1 through 10 | ) ) ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

**BALDOR ELECTRIC COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW Baldor Electric Company, by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and for its Disclosure Statement, states as follows:

Baldor Electric Company has no parent corporation nor does any publicly held corporation own 10% or more of Baldor's stock.

Dated: New York, New York
July 11, 2008

Respectfully submitted,

HERZFELD & RUBIN, P.C.

By: _____
Jeffrey L. Chase (JLC 4476)
Attorneys for Defendant
Baldor Electric Company
40 Wall Street
New York, New York 10005
(212) 471-8500

TO:   Clerk of the Supreme Court
      Supreme Court, Bronx County
      851 Grand Concourse
      Bronx, New York 10451

      Richard J. Katz, Esq.
      Attorneys for Plaintiff
      80 Broad Street, 33rd Floor
      New York, New York 10004

      Marin Goodman, LLP,
      Attorneys for Defendants
      Doall Company and Continental Hydraulics
      40 Wall Street, 57th Floor
      New York, NY 10005
      (212) 661-1151

      Custom Muffler Specialist, Inc.
      461 Amherst Street
      Nashum, New Hampshire 03063