UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CUSTOM MUFFLER SPECIALISTS, INC.,<br>DOALL COMPANY,<br>CONTINENTAL HYDRAULICS,<br>BALDOR ELECTRIC COMPANY, and<br>JOHN DOE CORPORATIONS 1 through 10<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 CIV 6292(NRB)<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## BALDOR ELECTRIC COMPANY'S RULE 7.1 DISCLOSURE STATEMENT

COMES NOW Baldor Electric Company, by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and for its Disclosure Statement, states as follows:

Baldor Electric Company has no parent corporation nor does any publicly held corporation own 10% or more of Baldor's stock.

Dated: New York, New York
       July 11, 2008

                                      Respectfully submitted,

                                      HERZFELD & RUBIN, P.C.

                  By: _/s/ Jeffrey L. Chase_
                            Jeffrey L. Chase (JLC 4476)
                            Attorneys for Defendant
                            Baldor Electric Company
                            40 Wall Street
                            New York, New York 10005
                            (212) 471-8500

TO:    Clerk of the Supreme Court
Supreme Court, Bronx County
851 Grand Concourse
Bronx, New York 10451

Richard J. Katz, Esq.
Attorneys for Plaintiff
80 Broad Street, 33rd Floor
New York, New York 10004

Marin Goodman, LLP,
Attorneys for Defendants
Doall Company and Continental Hydraulics
40 Wall Street, 57th Floor
New York, NY 10005
(212) 661-1151

Custom Muffler Specialist, Inc.
461 Amherst Street
Nashum, New Hampshire 03063