## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                                    : ss.:
COUNTY OF NEW YORK )

JOANNE DIEUGENIA, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Staten Island, New York; that on the 30th day of July 2008, deponent served the within **ANSWER OF BALDOR ELECTRIC COMPANY** upon the following attorneys for the parties shown below at the addresses, shown below, being the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO:   Richard J. Katz, Esq.
       Attorneys for Plaintiff
       80 Broad Street, 33rd Floor
       New York, New York 10004

       Marin Goodman, LLP
       Attorneys for Defendants
       Doall Company and Continental Hydraulics
       40 Wall Street, 57th Floor
       New York, NY 10005

       Custom Muffler Specialist, Inc.
       c/o Scott Philo
       461 Amherst Street
       Nashua, New Hampshire 03063

_____
JOANNE DIEUGENIA

Sworn to before me this
30th day of July, 2008

_____
Notary Public

KATE SPINELLI
Notary Public, State of New York
No. 01SP6096525
Qualified in New York County
Commission Expires July 26, 2011

-1-