UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR SANCHEZ,<br><br>                Plaintiff,<br><br>-against-<br><br>CUSTOM MUFFLER SPECIALISTS, INC., DOALL COMPANY, CONTINENTAL HYDRAULICS, BALDOR ELECTRIC COMPANY, and JOHN DOE CORPORATIONS 1 through 10,<br><br>                Defendants. | Docket No.: 08-CV-6292(NRB)(DFE)<br><br>**DEFENDANT DOALL COMPANY'S RULE 7.1 DISCLOSURE**<br><br>(Filed via ECF) |

      **COME NOW** DoAll Company, by and through its attorneys, Marin Goodman, LLP, states as follows as for its disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.     DoAll Company has no parent corporation; and

2.     No publicly held corporation owns 10% or more of DoAll Company's stock

Dated:  New York, New York
       August 8, 2008

                                                                   Respectfully submitted,

                                                                   **MARIN GOODMAN, LLP**

                                       By: _____
                                                 Russell S. Jamison, Esq. (RJ1360)
                                                 *Attorneys for defendants*
                                                 DoAll Company and
                                                 Continental Hydraulics
                                                 40 Wall Street, 57th Floor
                                                 New York, New York 10005
                                                 (212) 661-1151
                                                 (212) 661-1141 *{fax}*
                                                 rjamison@maringoodman.com

TO: **RICHARD J. KATZ, LLP**
*Attorneys for Plaintiff*
Cesar Sanchez
80 Broad Street, 33rd Floor
New York, New York 10004
(212) 233-1515

**HERZFELD & RUBIN, P.C.**
*Attorneys for Defendant*
Baldor Electric Company
40 Wall Street
New York, New York 10005
(212) 471-8500

Custom Muffler Specialist, Inc.
461 Amherst Street
Nashua, New Hampshire 03063

F:\Legal\RSJ\2256.004 - Sanchez\Rule 7 1 disclosure.doc