UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR SANCHEZ,<br><br>       Plaintiff,<br><br> -against-<br><br>CUSTOM MUFFLER SPECIALISTS, INC., DOALL COMPANY, CONTINENTAL HYDRAULICS, BALDOR ELECTRIC COMPANY, and JOHN DOE CORPORATIONS 1 through 10,<br><br>       Defendants. | Docket No.: 08-CV-6292(NRB)(DFE)<br><br>**DEFENDANT CONTINENTAL HYDRAULICS' RULE 7.1 DISCLOSURE**<br><br>(Filed via ECF) |

  **COME NOW** Continental Hydraulics, by and through its attorneys, Marin Goodman, LLP, states as follows as for its disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  1. Continental Hydraulics has no parent corporation; and

  2. No publicly held corporation owns 10% or more of Continental Hydraulics' stock.

Dated: New York, New York
    August 8, 2008

                 Respectfully submitted,
                 MARIN GOODMAN, LLP

            By: _____
               Russell S. Jamison, Esq. (RJ1360)
               *Attorneys for defendants*
               DoAll Company and
               Continental Hydraulics
               40 Wall Street, 57th Floor
               New York, New York 10005
               (212) 661-1151
               (212) 661-1141 *{fax}*
               *rjamison@maringoodman.com*

TO:     **RICHARD J. KATZ, LLP**
        *Attorneys for Plaintiff*
        Cesar Sanchez
        80 Broad Street, 33rd Floor
        New York, New York 10004
        (212) 233-1515

        **HERZFELD & RUBIN, P.C.**
        *Attorneys for Defendant*
        Baldor Electric Company
        40 Wall Street
        New York, New York 10005
        (212) 471-8500

        Custom Muffler Specialist, Inc.
        461 Amherst Street
        Nashua, New Hampshire 03063