## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

**I, NADYA ST. VALLIERE**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in Kings County, New York.

On August 8, 2008, I served the within **ANSWER OF DEFENDANT DOALL COMPANY, ANSWER OF DEFENDANT CONTINENTAL HYDRAULICS, DEFENDANT DOALL COMPANY'S RULE 7.1 DISCLOSURE AND DEFENDANT CONTINENTAL HYDRAULICS RULE 7.1 DISCLOSURE** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service with New York State, addressed to each of the following persons at the last known address set forth after each name.

TO:

RICHARD J. KATZ, LLP
80 Broad Street, 33rd Floor
New York, New York 10004

HERZFELD & RUBIN, P.C.
40 Wall Street
New York, New York 10005

Custom Muffler Specialist, Inc.
461 Amherst Street
Nashua, New Hampshire 03063

_____
NADYA ST. VALLIERE

Sworn to before me on this
8th day of August, 2008

_____
Notary Public

RUSSELL JAMISON
Notary Public, State of New York
No. 02JA6075221
Qualified in Queens County
Commission Expires June 3, 2010